# United States Bankruptcy Court
## Eastern District of Tennessee

In re: **Rutledge Pike Electric Company, LLC**
Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **September 29, 2016**

/s/ **Josh King**
**Josh King/President**
Signer/Title

Date: **September 29, 2016**

/s/ **Edward J. Shultz**
Signature of Attorney
**Edward J. Shultz 014665**
**Ayres & Parkey Attorneys, PLLC**
**P.O. Box 23380**
**Knoxville, TN 37933**
**(865) 637-1181   Fax: (865) 637-6050**

Action Mobile
809 Gleneagles Court, Ste. 300
Towson, MD 21286

Acton Mobile
PO Box 758689
Baltimore, MD 21275-8689

Allied Toyotalift
1640 Islands Home Avenue
Knoxville, TN 37920

Ally Payment Process Center
PO Box 9001951
Louisville, KY 40290

Amasons Portable Toilets
273 Jefferson Avenue
Orange Park, FL 32065

American Arbitration Association
2200 Century Parkway, Ste 300
Atlanta, GA 30345

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Auto Owners/Bradley Insurance Agency
PO Box 30315
Lansing, MI 48909

Bernies Tool & Fastener
4211 Highway Avenue
Jacksonville, FL 32254

BetterStaf Inc
7000 Atantic Blvd
Jacksonville, FL 32211

Building Systems Technology
1310 Centerpoint Blvd
Knoxville, TN 37932

CCS Carolinas Construction Staffing, LLC
PO Box 242024
Charlotte, NC 28224

Chestnut Street Transport & Recovery
PO Box 30198
Knoxville, TN 37930

City Electric Supply
PO Box 16707
Greensboro, NC 27416

```
Claiborne Hauling Contractors, LLC
PO Box 14909
Knoxville, TN 37914

Comcast Cable
PO Box 105257
Atlanta, GA 30348

Complete Payment Recovery Services
PO Box 30184
Tampa, FL 33630-3184

Consolidated Electrical Distributors
PO Box 607
Brentwood, TN 37024-0607

Cummins/Crosspoint
Power Generation
9820 Bluegrass Parkway
Louisville, KY 40299

Customer Service Electric Supply
PO Box 207706
Knoxville, TN 37927-7006

Cuts Inc
PO Box 12007
Knoxville, TN 37912

CUTS, Inc
PO Box 12007
Knoxville, TN 37912

Davids Commerical Tire
4625 Rutledge Pike
Knoxville, TN 37914

East Towne Urgent Care & Occ. Health
4711 Centerline Drive
Knoxville, TN 37917

Energy Electric
PO Box 14754
Knoxville, TN 37914

ERISA Services, Inc
PO Box 24628
Knoxville, TN 37933

First Peoples Bank
PO Box 590
TN 37776
```

```
First Tennessee
7741 Asheville Hwy
Knoxville, TN 37924

Florida Department of Revenue
P.O. Box 6417
Tallahassee, FL 32314-6417

GE Capital
PO Box 740425
Atlanta, GA 30374-0425

Gear LLC
3356 Regal Drive
Alcoa, TN 37701

GEAR Recruting, LLC
3356 Regal Drive
Suite A
Alcoa, TN 37701

HD Supply
501 W. Church Street
Orlando, FL 32805-2247

Heart Utilities of Jax., Inc.
2203 Hamilton Street
Jacksonville, FL 32210

Jacob Collection Group, LLC
2623 West Oxford Loop
Oxford, MS 38655-5442

Knoxville Bolt & Screw
614 Sevier Avenue
Knoxville, TN 37920

Knoxville Chamber
17 Market Square
Suite 201
Knoxville, TN 37902

Life Safety Designs
3038 Lenoz Avenue
Jacksonville, FL 32254

Mayer Electric Supply Co., Inc
Dept 1440
PO Box 2153
Birmingham, AL 35287

Mississippi Dept of Revenue
PO Box 1033
Jackson, MS 39215
```

```
Mobile Mini, Inc
PO Box 740773
Cincinnati, OH 45274

NEFF Rental
PO Box 405138
Atlanta, GA 30384

NES Rentals
PO Box 205572
Dallas, TX 75320-5572

Northeast Knox Utility District
7214 Washington Pike
Corryton, TN 37721

NovaCopy
PO Box 372
Department 200
Memphis, TN 38101

Pac-Van
75 remittance Drive
Suite 3300
Chicago, IL 60675

Prestige Concrete Products
PO Box 742974
Atlanta, GA 30374-2974

Puckett Rents
PO Box 321033
Flowood, MS 39232

Ritz Safety
PO Box 713139
Cincinnati, OH 45271

Shields Electronics Supply Co., Inc
4822 Middlebrook Pike
Knoxville, TN 37921

Simplex Grinell/Zarzaur & Schwartz. PC
PO Box 11366
Birmingham, AL 35202-1366

SimplexGrinnell LP
c/o McGuinness & Associates
3858 Carson Street, Suite 301
Torrance, CA 90503

Speedy Concrette Cutting
2579 N.W. 19 Street
Fort Lauderdale, FL 33311
```

St. Vincents First Care
PO Box 742587
Atlanta, GA 30374-2587

Stowers Machinery Corporation
PO Box 14802
Knoxville, TN 37914

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384

Sunbelt Rentals, Inc
PO Box 14802
Atlanta, GA 30384-9211

SureTec Insurance Company
1330 Post Oak Blvd., Suite 1100
Houston, TX 77056

TEG Lease
107 Gass Drive
Metro Business Park
Greeneville, TN 37745

Tennessee Department of Labor
U.I. Recovery Unit
P.O. Box 24150
Nashville, TN 37202-4150

Tennessee Department of Labor
P.O. Box 2031
Knoxville, TN 37901

Tennessee Department of Revenue
Tax Enforcement Division
P.O. Box 14035
Knoxville, TN 37914

United Rentals, Inc
PO Box 100711
Atlanta, GA 30384-0711

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Waste Connection Inc.
2400 Chipman Street
Knoxville, TN 37917

Wells Fargo Financial Leasing
PO Box 105743
Atlanta, GA 30348-5743

```
World Electric
569 Stuart Lane
Jacksonville, FL 32254
```